IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01226-WYD-KLM

RALPH RIGGS;
H. ALAN DILL;
ROBERT A. DILL;
IRMA DILL;
HENRY E. CARTWRIGHT; and
TERRY A. CARTWRIGHT,

    Plaintiffs,

v.

OMNI OIL and GAS, INC., an Illinois corporation;
GORDON H. JOHNSON;
RONALD B. KUBICKI;
JAMES R. RENFRO; and
JOHN BARTON,

    Defendants.

# ORDER

THIS MATTER is before the Court on Plaintiffs' Motion to Amend the Caption in this case to reflect a name change of Defendant Omni Oil & Gas, Inc., an Illinois corporation, filed October 8, 2009 [#32].  Having reviewed the motion and the file herein, it is hereby

ORDERED that the that Plaintiffs' Motion to Amend Caption [#32] is **GRANTED**.  It is

FURTHER ORDERED that the caption in this case shall hereafter be amended to

reflect the name change of Omni Oil & Gas, Inc., an Illinois corporation, which shall hereafter be identified as "Omni Oil & Gas, Inc., an Illinois corporation, n/k/a American Gold Resources Corporation."

Dated: October 8, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge