IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01226-WYD-KLM

RALPH RIGGS;
H. ALAN DILL;
ROBERT A. DILL;
IRMA DILL;
HENRY E. CARTWRIGHT; and
TERRY A. CARTWRIGHT,

    Plaintiffs,

v.

OMNI OIL and GAS, INC., an Illinois corporation,
n/k/a AMERICAN GOLD RESOURCES CORPORATION;
GORDON H. JOHNSON;
RONALD B. KUBICKI;
JAMES R. RENFRO; and
JOHN BARTON,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS JOHN BARTON AND KIM D. RUST

THIS MATTER is before the court on Plaintiffs' Notice of Dismissal With Prejudice of Defendants John Barton and Kim D. Rust, filed November 18, 2009 [#45]. The Court having reviewed the notice and being fully advised in the premises, it is hereby

ORDERED that all claims pending in this action against the Defendants John Barton and Kim D. Rust are dismissed with prejudice.

Dated: November 19, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge