IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01226-WYD-KLM

RALPH RIGGS;
H. ALAN DILL;
ROBERT A. DILL;
IRMA DILL;
HENRY E. CARTWRIGHT; and
TERRY A. CARTWRIGHT,

    Plaintiffs,

v.

OMNI OIL and GAS, INC., an Illinois corporation,
n/k/a AMERICAN GOLD RESOURCES CORPORATION;
GORDON H. JOHNSON;
RONALD B. KUBICKI;
JAMES R. RENFRO; and
JOHN BARTON,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    In light of the Order of Dismissal With Prejudice of Defendants John Barton and Kim D. Rust, entered November 19, 2009 [#46], Defendant John Barton's Motion to Dismiss, filed August 21, 2009 [#20] is **DENIED AS MOOT**.

    Dated:  December 1, 2009.