IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01226-WYD-KLM

RALPH RIGGS,
H. ALAN A DILL,
ROBERT A. DILL,
IRMA DILL,
HENRY E. CARTWRIGHT, and
TERRY A. CARTWRIGHT,

    Plaintiffs,

v.

GORDON H. JOHNSON,
RONALD B. KUBICKI,
MYRON J. PALEMRO,
RENEE J. PALERMO, and
JAMES R. RENFRO,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiffs' Unopposed Motion for an Order Compelling the Deposition of Renee Palermo** [Docket No. 52; Filed February 22, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Defendant Renee J. Palermo shall appear for her deposition in Denver, Colorado on March 17, 2010 at a time and place agreed upon by the parties.

Dated:  February 23, 2010