IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01226-WYD-KLM

RALPH RIGGS,
H. ALAN A DILL,
ROBERT A. DILL,
IRMA DILL,
HENRY E. CARTWRIGHT, and
TERRY A. CARTWRIGHT,

    Plaintiffs,

v.

GORDON H. JOHNSON,
RONALD B. KUBICKI,
JAMES R. RENFRO,
RENEE J. PALERMO,
MYRON J. PALERMO, and
TEXITA TRUST, Gordon Johnson and/or Karen Little, Trustees,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a **Stipulation for Order Compelling Production of Documents** [Docket 61; Filed May 6, 2010] (the "Motion") filed by Plaintiffs and Defendant Renee Palermo.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Defendant Renee Palermo shall produce to Plaintiffs on or before **May 14, 2010** (1) all stock certificates of Renee Palmer of Omni Oil & Gas, Inc. and (2) all documents evidencing transactions between the Three Sisters Trust and Omni Oil & Gas, Inc.

Dated: May 6, 2010