# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kristen L. Mix

| | |
|---|---|
| Civil Action No.: 09-cv-01226-WYD-KLM | FTR - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| Date: May 24, 2010 | Courtroom Deputy, Kathleen Finney |

| | |
|---|---|
| RALPH RIGGS, | John Alonza Hutchings |
| H. ALAN DILL, | |
| ROBERT A. DILL, | |
| IRMA DILL, | |
| HENRY E. CARTWRIGHT, and | |
| TERRY A. CARTWRIGHT, | |

    **Plaintiff(s),**

v.

| | |
|---|---|
| OMNI OIL AND GAS, INC., an Illinois corporation, | |
|   n/k/a American Gold Resources Corporation, | |
| GORDON H. JOHNSON, | Pro Se (telephone) |
| RONALD P. KUBICKI, | Pro Se |
| JAMES R. RENFRO, | Pro Se |
| RENEE J. PALERMO, | Lee R. Wilson |
| MYRON J. PALERMO, and | " |
| TEXITA TRUST, | |
|   Gordon Johnson and/or Karen Little, Trustees, | |

    **Defendant(s).**

## COURTROOM   MINUTES / MINUTE   ORDER

**HEARING: FINAL PRETRIAL CONFERENCE**
**Court in Session: 10:05 a.m.**
Court calls case.  Appearance of pro se defendants and appearance of counsel.

**It is ORDERED:**    Defendant Gordon Johnson's Motion to Appear Telephonically for this Final Pretrial Conference [Doc. No. 66, filed 5/20/2010] is **GRANTED.**

**It is ORDERED:** Plaintiff, Defendants Johnson, Kubicki, Renee Palermo, and Myron Palermo will file an amendment to Section 6 of the Final Pretrial Order to differentiate between "will call" witnesses and "may call" witnesses **on or before JUNE 7, 2010.** Plaintiff's attorney will be in charge of filing this amendment with signatures of counsel and parties listed above.

**It is ORDERED:** All defendants will file an amendment to Section 7 of the Final Pretrial Order containing exhibits using the proper form, which may be found on the court's website. Parties shall confer with respect to stipulated exhibits **on or before JUNE 7, 2010.**

**It is ORDERED:** The proposed Final Pretrial Order which was submitted to the Court, is approved, with interlineations, and made an order of Court.

HEARING CONCLUDES.

**Court in recess: 10:19 a.m.**
Total In-Court Time: 00:14

To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.