IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01226-WYD-KLM

RALPH RIGGS,
H. ALAN A DILL,
ROBERT A. DILL,
IRMA DILL,
HENRY E. CARTWRIGHT, and
TERRY A. CARTWRIGHT,

    Plaintiffs,

v.

GORDON H. JOHNSON,
RONALD B. KUBICKI,
JAMES R. RENFRO,
RENEE J. PALERMO, and
MYRON J. PALERMO,

    Defendants.
_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiffs' Motion to Strike Exhibits of Defendant Gordon H. Johnson** [Docket No. 78; Filed June 24, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**. Plaintiffs' counsel does not indicate whether he conferred with opposing counsel prior to filing the Motion, as required by D.COLO.LCivR 7.1A.

Dated: August 9, 2010