IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-01226-WYD-KLM

RALPH RIGGS;
H. ALAN DILL;
ROBERT A. DILL;
IRMA DILL;
HENRY E. CARTWRIGHT; and
TERRY A. CARTWRIGHT,

    Plaintiffs,

v.

OMNI OIL and GAS, INC., an Illinois corporation,
n/k/a AMERICAN GOLD RESOURCES CORPORATION;
GORDON H. JOHNSON;
RONALD P. KUBICKI;
JAMES R. RENFRO;
RENEE J. PALERMO;
MYRON J. PALERMO; and
TEXITA TRUST, Gordon Johnson and/or Karen Little, Trustees,

    Defendants.

**ORDER**

THIS MATTER comes before the Court upon Defendant Gordon H. Johnson's Motion for Continuance, filed September 27, 2010 [ECF Nos. 92 & 93]. A hearing on the motion took place September 28, 2010. Upon consideration of the motion and the parties' comments during the hearing, it is hereby

ORDERED that on or before **Friday, October 1, 2010**, Defendant Gordon H. Johnson shall produce the following additional documentation in support of his motion:

-1-

1. A comprehensive set of any and all medical records concerning any current or previously diagnosed medical conditions that may impact his ability to travel to Colorado and participate in trial in this matter on October 18, 2010. Copies of these documents need not be filed in the Court record and may be submitted under separate cover for review by the Court, but copies shall be provided to all counsel and *pro se* parties;

2. A detailed, sworn and notarized affidavit signed by Defendant Johnson, or a letter from his treating physician, clarifying and explaining what the submitted medical records mean in terms of Defendant Johnson's medical ability to travel to Colorado to and participate in trial in this matter on October 18, 2010; and

3. A detailed, written explanation from Defendant Johnson's treating physician addressing Defendant Johnson's current medical condition, his diagnosis and prognosis, and a statement explaining Defendant Johnson's ability or inability to attend trial in Denver, Colorado on October 18, 2010. If Defendant Johnson's treating physician definitively advises that Defendant Johnson is medically precluded from attending trial, he shall explain Defendant Johnson's prognosis in terms of when he will be medically able to attend trial.

Dated: September 28, 2010

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge