IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   09-cv-01226-WYD-KLM

RALPH RIGGS;
H. ALAN DILL;
ROBERT A. DILL;
IRMA DILL;
HENRY E. CARTWRIGHT; and
TERRY A. CARTWRIGHT,

    Plaintiffs,

v.

OMNI OIL and GAS, INC., an Illinois corporation,
n/k/a AMERICAN GOLD RESOURCES CORPORATION;
GORDON H. JOHNSON;
RONALD P. KUBICKI;
JAMES R. RENFRO;
RENEE J. PALERMO;
MYRON J. PALERMO; and
TEXITA TRUST, Gordon Johnson and/or Karen Little, Trustees,

    Defendants.

**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT
RENEE J. PALERMO**

THIS MATTER comes on before the Court upon the Unopposed Motion to Dismiss With Prejudice Defendant Renee J. Palermo, filed November 23, 2010 [ECF No. 118].  The Court being fully advised in the premises, making no finding of culpability or liability against Renee J. Palermo, and finding good cause therefor, it is hereby

ORDERED that the motion is **GRANTED** and all claims in the above-captioned

-1-

case against Renee J. Palermo are hereby **DISMISSED WITH PREJUDICE**.

Dated: November 30, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge