IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01226-WYD-KLM

RALPH RIGGS;
H. ALAN DILL;
ROBERT A. DILL;
IRMA DILL;
HENRY E. CARTWRIGHT; and
TERRY A. CARTWRIGHT,

    Plaintiffs,

v.

OMNI OIL and GAS, INC., an Illinois corporation,
n/k/a AMERICAN GOLD RESOURCES CORPORATION;
GORDON H. JOHNSON;
RONALD P. KUBICKI;
JAMES R. RENFRO;
RENEE J. PALERMO;
MYRON J. PALERMO; and
TEXITA TRUST, Gordon Johnson and/or Karen Little, Trustees,

    Defendants.

## ORDER FOR ADMINISTRATIVE CLOSURE

THIS MATTER comes before the Court upon the Notice of Settlement and Request for Administrative Closure filed by the Plaintiffs on November 4, 2010 [ECF No. 117], the Court having reviewed the Notice, being fully advised in the premise, and finding good cause therefor, it is hereby

ORDERED that the Clerk of this Court shall administratively close this case, subject to reopening for good cause, pursuant to D.C.COLO.LCivR 41.2.  It is

FURTHER ORDERED that the parties shall file quarterly status reports beginning **Monday, January 3, 2011**, until the case can be closed.

Dated: November 30, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge