IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-01226-WYD-KLM

RALPH RIGGS;
H. ALAN DILL;
ROBERT A. DILL;
IRMA DILL;
HENRY E. CARTWRIGHT; and
TERRY A. CARTWRIGHT,

    Plaintiffs,

v.

OMNI OIL and GAS, INC., an Illinois corporation,
n/k/a AMERICAN GOLD RESOURCES CORPORATION;
GORDON H. JOHNSON;
RONALD P. KUBICKI;
JAMES R. RENFRO;
RENEE J. PALERMO;
MYRON J. PALERMO; and
TEXITA TRUST, Gordon Johnson and/or Karen Little, Trustees,

    Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT RONALD P. KUBICKI

---

THIS MATTER comes on before the Court upon the Unopposed Motion to Dismiss With Prejudice Defendant Ronald P. Kubicki, filed September 13, 2011 [ECF No. 124]. The Court being fully advised in the premises, and finding good cause therefor, it is hereby

ORDERED that the motion is **GRANTED** and all claims in the above-captioned

case against Ronald P. Kubicki are hereby **DISMISSED WITH PREJUDICE**.

Dated: September 14, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge