IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01226-WYD-KLM

RALPH RIGGS;
H. ALAN DILL;
ROBERT A. DILL;
IRMA DILL;
HENRY E. CARTWRIGHT; and
TERRY A. CARTWRIGHT,

    Plaintiffs,

v.

OMNI OIL and GAS, INC., an Illinois corporation,
n/k/a AMERICAN GOLD RESOURCES CORPORATION;
GORDON H. JOHNSON;
RONALD P. KUBICKI;
JAMES R. RENFRO;
RENEE J. PALERMO;
MYRON J. PALERMO; and
TEXITA TRUST, Gordon Johnson and/or Karen Little, Trustees,

    Defendants.

**ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS GORDON H. JOHNSON, JAMES R. RENFRO, AND MYRON J. PALERMO**

THIS MATTER comes before the Court upon the Unopposed Motion to Dismiss With Prejudice Defendants Gordon H. Johnson, James R. Renfro, and Myron J. Palermo, the Court being fully advised in the premises, and finding good cause therefor, it is hereby

ORDERED that Plaintiff's Unopposed Motion to Dismiss With Prejudice

Defendants Gordon H. Johnson, James R. Renfro, and Myron J. Palermo [DE-149] is

**GRANTED.** It is further

ORDERED that Defendant Defendants Gordon H. Johnson, James R. Renfro, and Myron J. Palermo are hereby **DISMISSED WITH PREJUDICE**.

Dated: November 6, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE